UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,
    Plaintiff,

Case #:

Hon.

VS.

JP MORGAN CHASE BANK, N.A.
A Corporation.,

---

INDEX OF EXHIBITS TO PLAINTIFF
SANTONIO MURRAY COMPLAINT

| **Exhibit** | **Description** |
|---|---|
| 1. | United States Treasury Check |
| 2. | Deposit Receipt |
| 3. | Telephone Recording |
| 4 | W-2 Form from Casino |

Dated: September 9, 2025

/s/Ivan L. Land
Ivan L. Land (P65879)