*** DO NOT FOLD ***

F5122098116407511

**United States Treasury** 15-51/000   B 545,500,320



Check No.

04 28 25  20090900  KANSAS CITY, MO     4045 68069946
000899142586    4045 68069946 I         20251080910000

Pay to the order of
SANTONIO MURRAY
32481 CHESTERBROOK ST
FARMINGTN HLS MI 48334 2719

$**413168*00

VOID AFTER ONE YEAR



MURR   KANSAS   12/2024   TAX REFUND   30

⑆40458⑆   ⑈000000518⑈   68069946⑉   040425

JPMorganChaseBank 050111 170064 913350080785

PAGE 5