

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary
****************************************

Transaction #202
Account Number Ending In:         5152
Checking Deposit            $413,168.00


Notice of delayed Deposit Availability
Account Number Ending In:         5152

Amount Delayed              $413,168.00
Date when available          05/12/2025

Checks within this deposit may not
be paid because of information we've
received from the paying bank or due to
information we have within our own
systems.


Further review may result in additional
deposit availability delay.
.....................................

JPMorgan Chase Bank, N.A.
Twelve Mile Farmington, Branch 000064
1-800-935-9935
Your satisfaction matters. Share your
feedback at: chase.com/sendusfeedback

Member FDIC, Equal Housing Lender
Please keep your receipt
05/01/2025 16:30

Business Date **05/01/2025**
Session #98

Thank you - **Kayla**
Cashbox #11