**Exhibit 3 Telephone Recording Transcript**

**CHASE REP** 01:40
Thank you for your Patience.

**PLAINTIFF** 01:42
Yeah sir how you doin?

**CHASE REP** 01:43
So, I did go ahead and look over the details here regarding the funds, and it getting brief, so it does look like at this time, it still shows the status is in progress, so they are still finishing up the process of approving everything. So, as of right now, we don't have a set date as to when things will be sent out, due to us still having the status in progress.

**PLAINTIFF** 02:11
What do you mean? Because, like somebody told me earlier today, everything been verified. Am I correct with that, right?

**CHASE REP** 02:23
Correct. We did verify it on on the phone side.

**PLAINTIFF** 02:26
That was last Thursday, right?

**CHASE REP** 02:29
Correct.

**PLAINTIFF** 02:30
Okay, now they say they send it to the back office?

**CHASE REP** 02:35
Right.

**PLAINTIFF** 02:36
That take three to five business days. Am I correct about that?

**CHASE REP** 02:40
It does not take three to five business days for the Treasury check verification. It does take longer.

**PLAINTIFF** 02:49

So, they explained to me, so now you waiting for a Treasury check verification, which I thought you guys verified the Treasury check last Thursday.

**CHASE REP** 02:59

We did, except the fact that we do have to send it into that verification team to approve the release of funds. So, that's what we're waiting on the process of right now.

**PLAINTIFF** 03:10

Okay, then, so then my next question is, when did you guys send that approval form to the verification team to release the phone?

**CHASE REP** 03:19

It looks like it was sent in on the second of May.

**PLAINTIFF** 03:24

The second of May, because I was told last Thursday on the 15th that y'all verified with the Department of Treasury. That's what I was told this morning, because everybody gives me different stories.

**CHASE REP** 03:45

Yes, so it was verified with the Treasury team that, well, in regards to that, when we say Treasury team, we are talking about the actual US Treasury Department. We did to get it verified with them, but now we have to wait for our back-office team, which deals with the funds of treasury checks, and they're the ones that are waiting on the approval right now.

**PLAINTIFF** 04:04

I mean, so then, who are they waiting on the approval for the what, from the release of funds?

**CHASE REP** 04:10

To release the funds.

**PLAINTIFF** 04:11

To release the funds? Okay, so then... From who?

**CHASE REP** 04:18

Well, in to you from Chase...

**PLAINTIFF** 04:22

Right. Because...

**CHASE REP**  04:23
The Chase Treasury team that we're waiting for the approval on to release the funds.

**PLAINTIFF**  04:28
No, because I talked to IRS, they said the funds been released, and your guys been paid on.

**CHASE REP**  04:34
Right. They're with Chase, so we're trying to get the funds released from our back office.

**PLAINTIFF**  04:39
Okay, then, but, y'all been holding my money since May the second, and its may...

**CHASE REP**  04:47
I understand that, our back office has requested a condition to be set, and it is to get it verified with the US Treasury, which we did get done. Now we're waiting for the approval to get the funds for...

**PLAINTIFF**  05:04
I'm saying, so, like, my check should have been had approved. I mean, it should have been approved by now, sir. So, that won't ask you how long.

**CHASE REP**  05:10
I do apologize about that, but it does still look like it's in process right now.

**PLAINTIFF**  05:16
You can't give me a day. How long that take or nothing, and you guys verify it with the Department of Treasury, and they told you guys, it's a legitimate check, and I still have to wait on my funds and I have things I have to take care of.

**CHASE REP**  05:30
Correct, unfortunately, it is. I do recommend calling in within the next two business days to get an update on it and to see what's going on, because it shouldn't be too much longer, due to it being at the beginning of the month…I don't have an exact time frame.

**PLAINTIFF**  05:50
Because somebody told me today, I will have a tracking number by Thursday with the certified cashier check getting mailed out to me overnight. Was that a lie too?

**CHASE REP**  06:00
Once the funds are sent out, you will have a tracking number and it will get sent overnight, but as far as I'm aware of, we don't have a date, as far as when it gets sent out as of right now, at least.

**PLAINTIFF**  06:13
Because Monday is a holiday. So, I really was trying to get this matter resolved by tomorrow or no later than Friday.

**CHASE REP**  06:22
I completely understand. I mean, there's a possibility it could be done by that time frame, and the funds will get sent down just as of right now, I don't see that there's any update, besides, it's on progress.

**PLAINTIFF**  06:36
Okay, then tell me this then, because look, you guys been paid already. So, then, what's the hold up on my end, I came back, I can't go to Chase Bank to even, I mean, withdraw $1,000 or none of that stuff, and I have bills to pay, if you guys been paid already. I mean, what's the hold up, sir?

**CHASE REP**  06:57
The holdup is what I've stated previously. We are waiting for the back-office team that works on the approvals of releasing the funds, to approve the release of funds.

**PLAINTIFF**  07:07
What's the time frame on that, sir?

**CHASE REP**  07:10
As I advise, I don't have an exact time frame, I would recommend calling back in an additional two business days to see what's, you know, get a status update on that.

**PLAINTIFF**  07:17
So, I mean, my thing is that, if you're a supervisor, and then what type of business is that? Then you don't have no type of time frame, and you're a supervisor, you can provide to me, like, what's going on? I mean, like, okay, but you guys already talked to the Department of Treasury, I should be able to at least go get some money, and you guys already, I mean, you guys been paid. You holding my funds. I can't even get five, six grand right now, and

you guys closed my account, because I don't like calling you guys every single day. You gotta close my account, and I can't get no money and you guys already been paid and it been verified. Am I correct?

**CHASE REP** 08:04
Yes.

**PLAINTIFF** 08:07
Right. It been verified. How many times has it been verified?

**CHASE REP** 08:13
I do only show that it was done once, which is why we've sent the request.

**PLAINTIFF** 08:18
When was that done? What day?

**CHASE REP** 08:21
The request was sent on the second.

**PLAINTIFF** 08:23
Okay, so then when did you guys talk to the Department of Treasury to verify that this legitimate funds?

**CHASE REP** 08:31
On the second.

**PLAINTIFF** 08:31
You talked to him on a second, and they told you guys everything's is verifiable. Now today is the 21st you guys still don't have no answer to when the back office gonna, release my funds?

**CHASE REP** 08:50
I mean, unfortunately not. I do apologize about that.

**PLAINTIFF** 08:54
I mean, can I speak to somebody that's higher than you so I don't make a mess? I can get this matter expedited, because it's going on 30 days, sir, do you know like I have bills too that have to get paid?

**CHASE REP**  09:09
Yeah, I understand. I mean, unfortunately, we don't have anybody that we can give a call to, that would be a higher position. We would have to set up a manager call back if that's something you would like to do.

**PLAINTIFF**  09:20
There's no way you can email the back office and put this like an urgent matter, because I know it's a way...

**CHASE REP**  09:29
We can add updates to them, but unfortunately, they're not going to change the time frame, whenever we send out a communication to them, I can go ahead and send something into them to try and let them know if that urgent matter.

**PLAINTIFF**  09:43
Right. Can you send something to them and ask them, what's the time frame on? Because I do have bills I have to pay. Like it's going on June, and then, you know, it's another 30 days. I can't tell for more the credit I'm waiting on a verification team or my mortgage company that I'm waiting for the back office to verify my funds. I can't tell them that they're not trying to hear that. So, can you let the back office know, give me a time frame, because I talked to the IRS department already, and talk to these department of treasury and they say they been paid you guys because I had talked, **[Inaudible 10:29],** y'all on holding my money. They told me to call you guys because I tried to stop the check, but they said, I can't stop the check because you guys been paid already. They told me, you guys told them my money. So, they told me to call you guys.

**CHASE REP**  10:47
Correct.

**PLAINTIFF**  10:49
Now it seemed like you guys just giving me the runaround, like y'all don't want to release my funds, sir.

**CHASE REP**  10:53
Sir, I can assure you that's not the case. I have advised you and on the update as of right now and how we're getting the funds released, but that is everything that I can provide.

**PLAINTIFF**  11:04
So, how y'all getting the funds released? I mean, the verification departments do have to go through because y'all did.

**CHASE REP** 11:11
There's just one department that we're going through.

**PLAINTIFF** 11:13
I thought y'all did that already, I thought, y'all verify it with the department?

**CHASE REP** 11:14
What we're talking about, an internal department with Chase that as approving to release the funds, as if I had stated previously, that is what we're waiting the approval on.

**PLAINTIFF** 11:26
Well, can you note that to my account or note that to the back office. Please give me a time frame, because I don't like calling you guys every single day. I don't. I just don't.

**CHASE REP** 11:36
Yes, sir. I mean, like I said, we can add notes to update them, but, I mean, unfortunately, we wouldn't be able to get an immediate response from them to know what time frame.

**PLAINTIFF** 11:44
But at least they can all keep on seeing that I'm calling it.

**CHASE REP** 11:49
Yeah, they definitely.

**PLAINTIFF** 11:52
Okay, then I appreciate it.

**CHASE REP** 11:54
No problem. Thank you for calling Chase. You have a great rest of your day. Bye.