UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,
    Plaintiff,

Case #: 2:25-cv-12852
Hon. Laurie J. Michelson

VS.

JP MORGAN CHASE BANK, N.A.
A Corporation.,

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD

Plaintiff, Santonio Murray, pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits via the electronic portal "Media File Upload" in CM/ECF.

1. WHEREAS, Plaintiff attaches as Exhibit 3 a media file, submitted contemporaneously through the Court's Media File Upload system in accordance with the Court's electronic filing procedures. A transcript of all audible portions is filed as a written exhibit.

2. Plaintiff's Exhibit 3 is an audio recording between PLAINTIFF and a CHASE BANK representative.  This audio recording provides support for Plaintiff's Complaint. This audio is important as the IRS already released the funds and

they were in the possession of CHASE BANK having already undergone verification.

The audio has not been used in any court proceedings, but this audio will be used in future filings and at trial.

3. The content of the media files complies with privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

WHEREFORE, Plaintiff respectfully requests an Order granting Plaintiff leave to file this Exhibit with Plaintiff's Complaint and Jury Demand via the "Media File Upload" in CM/ECF.

Dated: September 9, 2025

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**