





*** DO NOT FOLD ***

F512209811640751   **United States Treasury** 15-51/000   B 545,500,320

Check No.

04 28 25  20090900   KANSAS CITY, MO   4045 68069946
000899142586   4045 68069946 I      20251080910000

Pay to the order of   SANTONIO MURRAY

$**413168*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

003588

MURR   KANSAS   12/2024   TAX REFUND   30

⑆4045⑆   ⑈000000518⑈ 68069946⑉   040425

JPMorganChaseBank  050111  170064  913350080785

PAGE 5