# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANTONIO MURRAY,
  An Individual,

      Plaintiff,

VS.

JPMORGAN CHASE BANK, N.A.,
  A Corporation,

      Defendant.

Case No. 2:25-cv-12852-LJM-DRG

Hon. Laurie J. Michelson

---

## APPEARANCE OF THOMAS J. VITALE
## FOR DEFENDANT JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that Thomas J. Vitale of the firm of Dickinson Wright PLLC hereby enters his appearance as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

DICKINSON WRIGHT PLLC

By: */s/ Thomas J. Vitale*
Aimee R. Gibbs (P70522)
Thomas J. Vitale (P74083)
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1653
agibbs@dickinsonwright.com
tvitale@dickinsonwright.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## **PROOF OF SERVICE**

    I hereby certify that on <u>September 26, 2025</u>, I electronically filed the foregoing document with the Clerk of the Court using the Electronic Court Filing system which will send notification of such filing to all parties of record.

/s/ *Thomas J. Vitale*