UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,

      Plaintiff,

VS.

JPMORGAN CHASE BANK, N.A.,
A Corporation,

      Defendant.

Case No. 2:25-cv-12852

Hon. Laurie J. Michelson

---

### APPEARANCE OF AIMEE R. GIBBS
### FOR DEFENDANT JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that Aimee R. Gibbs of the firm of Dickinson Wright PLLC hereby enters her appearance as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

      DICKINSON WRIGHT PLLC

      By: */s/ Aimee R. Gibbs*
      Aimee R. Gibbs (P70522)
      Thomas J. Vitale (P74083)
      DICKINSON WRIGHT PLLC
      350 S. Main Street, Suite 300
      Ann Arbor, MI 48104
      (734) 623-1653
      agibbs@dickinsonwright.com
      tvitale@dickinsonwright.com

      *Attorneys for JPMorgan Chase Bank, N.A.*

## PROOF OF SERVICE

I hereby certify that on <u>September 26, 2025</u>, I electronically filed the foregoing document with the Clerk of the Court using the Electronic Court Filing system which will send notification of such filing to all parties of record.

/s/ *Aimee R. Gibbs*