UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual                                    Case No.: 25-cv-12852-LJM-DRG

    Plaintiff,                              Hon. Laurie J. Michelson

v.

JPMORGAN CHASE BANK, N.A.
A Corporation,

    Defendant.

_____/

### STIPULATED ORDER ACKNOWLEGING DEFENDANT'S WAIVER OF PERSONAL SERVICE

Plaintiff, Santonio Murray by and through his counsel, Ivan L. Land of Law Offices of Ivan L. Land, P.C. and Defendant, JPMorgan Chase Bank, N.A., by and through their counsel, Aimee R. Gibbs and Thomas J. Vitale of Dickinson Wright, PLLC hereby stipulate and agree that:

Defendant's counsel has accepted service of Plaintiff's Summons and Complaint via service by electronic mail on October 9, 2025 thereby waiving personal service of the Summons and Complaint; and,

That Defendant JPMorgan Chase Bank, N.A. shall file their first responsive pleadings on or before December 8, 2025.

**IT IS HEREBY ORDERED** that Defendant's counsel has accepted service of Plaintiff's Summons and Complaint via service by electronic mail on October 9, 2025 thereby waiving personal service of the Summons and Complaint.

**IT IS HEREBY FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A. shall file their first responsive pleadings on or before December 8, 2025.

**SO ORDERED.**

Dated: October 20, 2025

s/Laurie J. Michelson
Honorable Laurie J. Michelson
United States District Court Judge

**SO STIPULATED:**

Dated:  October 17, 2025

Dated: October 17, 2025

/s/ *Ivan L. Land (w/ consent)*
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Green Rd., Ste. 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
Ill4law@aol.com

*Attorney for Plaintiff*

/s/ *Thomas J. Vitale*
Aimee R. Gibbs (P70522)
Thomas J. Vitale (P74083)
DICKINSON WRIGHT PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI  48104
(734) 436-7370
agibbs@dickinsonwright.com
tvitale@dickinsonwright.com

*Attorneys for Defendant*