UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SANTONIO MURRAY

        Plaintiff(s),         Case No. 2:25-cv-12852

v.         Hon. Laurie J. Michelson

JPMORGAN CHASE BANK, N.A.

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **JPMORGAN CHASE BANK, N.A. ("JPMCB")**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]     No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: JPMorgan Chase & Co.
   Relationship with Named Party: JPMCB is a wholly-owned bank subsidiary of JPMorgan Chase & Co.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]     No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: December 9, 2025

*/s/ Thomas J. Vitale*
Signature

P74082
Bar No.
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Street Address
Ann Arbor, MI 48104
City, State, Zip Code
(734) 623-1653
Telephone Number
tvitale@dickinsonwright.com
Primary Email Address