UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,

        Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

        Defendant.
_____/

Civil Action No. 25-12852

David R. Grand[1]
United States Magistrate Judge

## **SCHEDULING ORDER**

| Initial Disclosures | February 6, 2026 |
|---|---|
| Witness Lists Exchanged | March 27, 2026 |
| Discovery Cutoff (all discovery responses due) | May 8, 2026 |
| Dispositive Motion Cutoff | June 12, 2026 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled |
| Final Pretrial Conference | To be Scheduled |
| Trial Date | To be Scheduled |

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

Dated: January 8, 2026
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 636(c), the parties have consented to the undersigned's authority to conduct all proceedings and order the entry of a final judgment in this case. (ECF No. 15).

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2026.

                                                     s/Eddrey O. Butts
                                                     EDDREY O. BUTTS
                                                     Case Manager