UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANANTONIO MURRAY,

          Plaintiff(s),

v.

JP MORGAN CHASE BANK,

          Defendant(s).
_____/

Civil Action No. 25-12852

David R. Grand
United States Magistrate Judge

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:	January 27, 2026, at 11:00 AM

Please join the conference by calling the dial-in number below and entering the passcode:

Dial-In Number:	734-535-8499
Passcode:	542 814 163#

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

          s/Eddrey O. Butts
          EDDREY O. BUTTS
          Case Manager

Dated: January 8, 2026