# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,                                              Case No. 2:25-cv-12852

      Plaintiff,

                                                    Hon. Laurie J. Michelson
VS.                                                         Magistrate Judge David R. Grand

JPMORGAN CHASE BANK, N.A.,
A Corporation,

      Defendant.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I caused a copy of (1) **Defendant's Objections and Answers to Plaintiff's First Requests for Admissions, Interrogatories, and Requests for Production of Documents,** and (2) **Defendant's Initial Disclosures** to be served upon counsel of record in this action via E-mail and First Class Mail at the following address:

    Ivan L. Land
    Law Offices of Ivan L. Land, P.C.
    25900 Greenfield Road, Suite 210
    Oak Park, MI 48237-1267
    Ill4law@aol.com

                                           DICKINSON WRIGHT PLLC

                                                  <u>/s/ *Thomas J. Vitale*</u>
                                                  Aimee R. Gibbs (P70522)
                                                  Thomas J. Vitale (P74083)
                                                  DICKINSON WRIGHT PLLC
                                                  *Attorneys for Defendant*
                                                  JPMorgan Chase Bank, N.A.
                                                  350 S. Main Street, Suite 300
                                                  Ann Arbor, MI  48104

Dated:  February 10, 2026