# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,
      Plaintiff,

                                   Case #: 2:25-cv-12852
                                   Hon. Laurie J. Michelson
                                   Magistrate Judge David R. Grand

VS.

JP MORGAN CHASE BANK, N.A.
A Corporation.,

_____

## PLAINTIFF'S EXHIBIT LIST

NOW COMES Plaintiff, Santonio Murray, through his attorneys and states the following for his Exhibit List.

1. Treasury Check in the amount of $413,168.00;

2. Plaintiff's Income Tax Form(s);

3. Defendant's Response to Discovery Requests referencing alleged fraudulent tax returns;

4. All recordings between JP Morgan Chase Bank, N.A. and the Internal Revenue Service;

5. All recordings between JP Morgan Chase Bank, N.A. and the United States Department of the Treasury;

6. Internal Revenue Service document addressed to Santonio Murray;

7. All recordings between Santonio Murray and the Internal Revenue Service;

8. United States Department of the Treasury document dated January 26, 2026;

9. Telephone recordings between Santonio Murray and the United States Department of the Treasury;

10. Santonio Murray's IRS Form 1040;

11. Santonio Murray's IRS Tax Transcript;

12. Telephone recording between JP Morgan Chase Bank, N.A. and Santonio Murray from May 2025;

13. Plaintiff reserves the right to introduce any exhibits listed by any party;

14. Plaintiff reserves the right to amend and/or supplement this Exhibit List;

15. Any and all exhibits identified through ongoing discovery.

Plaintiff reserves the right to amend and supplement his exhibit list up until the date of trial.

Dated: March 16, 2026

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Witness List with the

Court Clerk via ECF on March 16, 2026, to serve all parties.

/s/Ivan L. Land

Ivan L. Land