# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,
      Plaintiff,

                              Case #: 2:25-cv-12852
                              Hon. Laurie J. Michelson
                              Magistrate Judge David R. Grand

VS.

JP MORGAN CHASE BANK, N.A.
A Corporation.,

---

## PLAINTIFF'S WITNESS LIST

NOW COMES Plaintiff, Santonio Murray, through his attorneys and states the following for his Witness List.

1. Santonio Murray;

2. Kathryn Laurie;

3. Darius Hatcher;

4. Unknown White Male Chase Employee who said "We have been getting a lot of fake checks from you people";

5. Unknown Record Keeper at the Treasury Department;

6. Unknown Record Keeper at the IRS;

7.  Plaintiff reserves the right to call any witnesses listed by any party as well as to elicit testimony from any witness listed by any party;

8.  Plaintiff reserves the right to call any necessary rebuttal witnesses;

9.  Plaintiff reserves the right to amend and/or supplement this Witness list;

10. Any and all witnesses learned through the ongoing discovery process;

11. Any and all witnesses listed in Defendants' list.

Plaintiff reserves the right to amend and supplement his witness list up until the date of trial.

Dated: March 16, 2026

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Witness List with the

Court Clerk via ECF on March 16, 2026, to serve all parties.

/s/Ivan L. Land

Ivan L. Land