# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANTONIO MURRAY,

An Individual,                                   Case No. 2:25-cv-12852

      Plaintiff,

                               Hon. Laurie J. Michelson

VS.                                              Magistrate Judge David R. Grand

JPMORGAN CHASE BANK, N.A.,

A Corporation,

      Defendant.

---

## <u>APPEARANCE OF DAVINA A. BRIDGES</u>

Attorney Davina A. Bridges of the law offices of Dickinson Wright PLLC

hereby enters her Appearance on behalf of Defendant JPMorgan Chase Bank, N.A.

in this matter.

Respectfully submitted,

/s/ *Davina A. Bridges*

DICKINSON WRIGHT PLLC

Davina A. Bridges (P85597)

500 Woodward Ave, Suite 4000

Detroit, MI 48226

(313) 223-3500

dbridges@dickinsonwright.com

Dated:  March 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Davina A. Bridges
Davina A. Bridges