**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANTONIO MURRAY,
an Individual,

Case No. 5:25-cv-12852

      Plaintiff,

Hon. Laurie J. Michelson

VS.

Magistrate Judge David R. Grand

JPMORGAN CHASE BANK, N.A.,
a Corporation,

      Defendant.

---

### JPMORGAN CHASE BANK, N.A.'S PRELIMINARY WITNESS LIST

Defendant JPMorgan Chase Bank, N.A. ("Chase") submits the following Preliminary Witness List of witnesses that it may call at trial ("Witness List"):

1. Plaintiff Santonio Murray; c/o Plaintiff's Counsel.

2. Representatives Chase; c/o Chase's Counsel.

3. Sarah Chidsey, Representative of Chase; c/o Chase's Counsel.

4. Any individual identified in Plaintiff's Initial Disclosures; c/o Plaintiff's Counsel.

5. Any individual identified through Discovery, including without limitation, answers to interrogatories, depositions, answers to requests for

1

admissions, all exhibits attached to pleadings, and documents produced in response to requests for production of documents.

6.     Any custodian of records and/or other witnesses as necessary to authenticate documents and other exhibits and evidence.

7.     Any and all rebuttal witnesses as may be necessary.

8.     Any and all impeachment witnesses.

9.     Any and all individuals named in discovery and/or deposed, including their agents and/or employees.

10.    Any and all witnesses necessary to lay a proper foundation for the admission of evidence.

11.    Any individual identified on Plaintiff's witness list or any amended or final witness lists; c/o Plaintiff's Counsel.

12.    Any and all experts which become necessary or apparent throughout the course of discovery.

13.    Any and all rebuttal experts which become necessary or apparent throughout the course of discovery.

14.    Chase reserves the right to amend its Witness List as discovery continues and/or to correct typographical errors or inadvertent omissions.

Dated: March 27, 2026

2

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ *Davina A. Bridges*
Aimee R. Gibbs (P70522)
Davina A. Bridges (P85597)
Thomas J. Vitale (P74083)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1653

*Attorneys for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all Parties.

By: /s/ *Davina A. Bridges*
Davina A. Bridges (P85597)

4857-8808-2122 v2 [9-649]

7