**UNITED STATES DISTRIC COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANTONIO MURRAY,
An Individual,                                  Case No. 2:25-cv-12852

          Plaintiff,

                                                Hon. Laurie J. Michelson
VS.                                             Magistrate Judge: David R.
                                                Grand

JPMORGAN CHASE BANK, N.A.,
A Corporation,
          Defendant.

---

## <u>DEFENDANT JPMORGAN CHASE BANK'S FIRST AND UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATES</u>

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its attorneys submits its First and Unopposed Motion to Extend Deadlines and in support thereof, states as follows:

1.      On January 8, 2026, the Court entered the Scheduling Order (ECF No. 18) with the following deadlines:

| Event | Current Deadline |
|---|---|
| Initial Disclosures | February 6, 2026 |
| Witness Lists Exchanged | March 27, 2026 |
| Discovery Cutoff (all discovery responses due) | May 8, 2026 |
| Dispositive Motion Cutoff | June 12, 2026 |

| Event | Current Deadline |
|---|---|
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled |
| Final Pretrial Conference | To be Scheduled |
| Trial | To be Scheduled |

2.      The parties have engaged in written discovery and have agreed to depositions but require additional time to schedule the depositions.

3.      Accordingly, the parties contend that an approximate forty (40) day[1] extension of case deadlines is necessary to accommodate fact depositions.

4.      Counsel for Plaintiff has indicated that Plaintiff does not oppose this request. Pursuant to LR 7.2(a)(1)(B), the undersigned certifies that Chase's counsel conferred with counsel for Plaintiff regarding this Motion, who indicated that the Plaintiff does not oppose this Motion.

5.      Therefore, Chase respectfully requests that the deadlines be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures | February 6, 2026 | N/A |
| Witness Lists Exchanged | March 27, 2026 | N/A |
| Discovery Cutoff (all discovery responses due) | May 8, 2026 | June 17, 2026 |

---

[1] Certain dates deviate from forty (40) days to accommodate weekends and holidays.

| Event | Current Deadline | New Deadline |
|---|---|---|
| | | |
| Dispositive Motion Cutoff | June 12, 2026 | July 22, 2026 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled | To be set at the convenience of the Court's Schedule |
| Final Pretrial Conference | To be Scheduled | To be set at the convenience of the Court's Schedule |
| Trial | To be Scheduled | To be set at the convenience of the Court's Schedule |

6.      The parties agreement to extend dates and permit the taking of additional depositions in a short extended time period is sufficient good cause for this Court to grant this Motion under FRCP 16(b)(4).

WHEREFORE, Chase respectfully request that the Court enter an order granting the Unopposed Motion to Extend Case Deadlines.

Dated: May 4, 2026

/s/ Aimee R. Gibbs
Aimee R. Gibbs (P70522)
Davina A. Bridges (P85597)
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
agibbs@dickinsonwright.com
dbridges@dickinsonwright.com
Attorneys for JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRIC COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANTONIO MURRAY,
An Individual,

          Plaintiff,

VS.

JPMORGAN CHASE BANK, N.A.,
A Corporation,

          Defendant.

Case No. 2:25-cv-12852

Hon. Laurie J. Michelson
Magistrate Judge: David R. Grand

---

## DEFENDANT JPMORGAN CHASE BANK'S BRIEF IN SUPPORT OF FIRST AND UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATES

Defendant JPMorgan Chase Bank, N.A. hereby moves this Court pursuant to FRCP 16(b)(4) for an extension of scheduling order dates for the good cause set forth in the Motion.

In further support of its Brief, Chase relies on the facts and arguments set forth in accompanying Motion.

WHEREFORE, Chase respectfully requests that the Court grant its Motion and Brief to Extend Scheduling Order Dates.

Dated: May 4, 2026

4

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Aimee R. Gibbs*
Aimee R. Gibbs (P70522)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1653
agibbs@dickinsonwright.com
dbridges@dickinsonwright.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## PROOF OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Electronic Court Filing system which will send notification of such filing to all parties of record.

/s/ *Aimee R. Gibbs*
Aimee R. Gibbs

4911-5146-3590 v5 [9-747]