UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTONIO MURRAY,

              Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

              Defendant.

_____/

Civil Action No. 25-12852

David R. Grand[1]
United States Magistrate Judge

## ORDER GRANTING MOTION TO EXTEND (ECF No. 26) AND AMENDING SCHEDULING ORDER DATES

Before the Court is defendant JP Morgan Chase Bank's unopposed Motion to Extend Scheduling Order Dates.  (ECF No. 26).  For good cause shown, the motion is **GRANTED** and the following dates will govern:

| | |
|---|---|
| Initial Disclosures | N/A |
| Witness Lists Exchanged | N/A |
| Discovery Cutoff (all discovery responses due) | June 17, 2026 |
| Dispositive Motion Cutoff | July 22, 2026 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled |
| Final Pretrial Conference | To be Scheduled |
| Trial Date | To be Scheduled |

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES OTHER**

_____

[1] Pursuant to 28 U.S.C. § 636(c), the parties have consented to the undersigned's authority to conduct all proceedings and order the entry of a final judgment in this case.  (ECF No. 15).

**THAN UPON MOTION SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

Dated: May 5, 2026  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2026.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager

2