**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SANTONIO MURRAY,
An Individual,

       Case No. 2:25-cv-12852

       Plaintiff,

       Hon. Laurie J. Michelson
VS.       Magistrate Judge: David R.
       Grand

JPMORGAN CHASE BANK, N.A.,
A Corporation,
       Defendant.

---

## DEFENDANT JPMORGAN CHASE BANK'S SECOND AND UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATES

JPMorgan Chase Bank, N.A. ("Chase") submits its Second and Unopposed

Motion to Extend Deadlines and in support thereof, states as follows:

1.      On May 5, 2026, the Court entered a amended Scheduling Order (ECF

No. 27) with the following deadlines:

| Event | Deadline |
|---|---|
| Initial Disclosures | N/A |
| Witness Lists Exchanged | N/A |
| Discovery Cutoff (all discovery responses due) | June 17, 2026 |
| Dispositive Motion Cutoff | July 22, 2026 |

| Event | Deadline |
|---|---|
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled |
| Final Pretrial Conference | To be Scheduled |
| Trial | To be Scheduled |

2.     The parties have engaged in written discovery and have agreed to depositions but require additional time to schedule the depositions.

3.     Accordingly, the parties contend that an approximate forty (60) day[1] extension of case deadlines is necessary to accommodate fact depositions.

4.     Pursuant to LR 7.2(a)(1)(B), the undersigned certifies that Chase's counsel conferred with counsel for Plaintiff regarding this Motion, who indicated that the Plaintiff does not oppose this Motion.

5.     Therefore, Chase respectfully requests that the deadlines be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures | February 6, 2026 | N/A |
| Witness Lists Exchanged | March 27, 2026 | N/A |

---

[1] Certain dates deviate from sixty (60) days to accommodate weekends and holidays.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff (all discovery responses due) | June 17, 2026 | August 17, 2026 |
| Dispositive Motion Cutoff | July 22, 2026 | September 21, 2026 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled | To be Scheduled |
| Final Pretrial Conference | To be Scheduled | To be Scheduled |
| Trial | To be Scheduled | To be Scheduled |

6. The parties' agreement to extend dates and permit the taking of additional depositions in a short-extended time period is sufficient good cause for this Court to grant this Motion under FRCP 16(b)(4).

WHEREFORE, Chase respectfully requests that the Court enter an order granting the Unopposed Motion to Extend Case Deadlines.

Dated: June 10, 2026

> /s/ Aimee R. Gibbs
> Aimee R. Gibbs (P70522)
> Davina A. Bridges (P85597)
> DICKINSON WRIGHT PLLC
> 350 S. Main Street, Suite 300
> Ann Arbor, MI 48104
> agibbs@dickinsonwright.com
> dbridges@dickinsonwright.com
>
> *Attorneys for JPMorgan Chase Bank, N.A.*

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANTONIO MURRAY,
An Individual,                                    Case No. 2:25-cv-12852

      Plaintiff,

                                Hon. Laurie J. Michelson
VS.                                                             Magistrate Judge: David R.
                                                                    Grand

JPMORGAN CHASE BANK, N.A.,
A Corporation,

      Defendant.

---

## DEFENDANT JPMORGAN CHASE BANK'S BRIEF IN SUPPORT OF SECOND AND UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATES

JPMorgan Chase Bank, N.A. hereby moves this Court pursuant to FRCP 16(b)(4) for an extension of scheduling order dates for the good cause set forth in the Motion.

In further support of its Brief, Chase relies on the facts and arguments set forth in accompanying Motion.

WHEREFORE, Chase respectfully requests that the Court grant its Motion and Brief to Extend Scheduling Order Dates.

Dated: June 10, 2026

4

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Aimee R. Gibbs*
Aimee R. Gibbs (P70522)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1653
agibbs@dickinsonwright.com
dbridges@dickinsonwright.com

*Attorneys for JPMorgan Chase Bank,
N.A.*

## PROOF OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing document

with the Clerk of the Court using the Electronic Court Filing system which will send

notification of such filing to all parties of record.

/s/ *Aimee R. Gibbs*
Aimee R. Gibbs

4911-5146-3590 v5 [9-747]