**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANTONIO MURRAY,

An Individual,                                             Case No. 2:25-cv-12852

      Plaintiff,

                                       Hon. Laurie J. Michelson

v.                                                       Magistrate Judge David R. Grand

JPMORGAN CHASE BANK, N.A.,

A Corporation,

      Defendant.

---

## APPEARANCE OF SCOTT A. PETZ

Attorney Scott A. Petz of the law offices of Dickinson Wright PLLC hereby enters his Appearance on behalf of Defendant JPMorgan Chase Bank, N.A. in this matter.

DICKINSON WRIGHT PLLC

/s/Scott A. Petz
Scott A. Petz (P70757)
2600 West Big Beaver Rd., Suite 300
Troy, MI  48084
(313) 223-3868
spetz@dickinsonwright.com
*Attorney for JPMorgan Chase Bank, N.A.*

Dated: August 11, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Scott A. Petz*
Scott A. Petz

4924-3275-1558 v1 [9-747]