**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANTONIO MURRAY,
An Individual,

Plaintiff,

VS.

JPMORGAN CHASE BANK, N.A.,
A Corporation,

Defendant.

Case No. 25-cv-12852

Hon. Laurie J. Michelson
Magistrate Judge David R. Grand

---

**STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court upon the stipulation of the Plaintiff and Defendant, through their respective undersigned counsel, and the Court being otherwise fully advised in the premises, Defendant is dismissed with prejudice and without costs or attorneys' fees to either party.

**IT IS HEREBY ORDERED** that Defendant is dismissed with prejudice and without costs or attorneys' fees to either party. Accordingly, this case is dismissed.

Dated: August 27, 2026

s/Laurie J. Michelson
HON. LAURIE J. MICHELSON
U.S. District Court Judge

***We hereby stipulate to entry of the foregoing Order***

Law Offices of Ivan L. Land, P.C.

/s/ Ivan L. Land (w/consent)
Ivan L. Land (P65879)
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237
(248) 968-4545
ill4law@aol.com
Attorneys for Plaintiff

Dickinson Wright PLLC

/s/ Scott A. Petz
Scott A. Petz (P70757)
2600 West Big Beaver Rd., Suite 300
Troy, MI 48084
(313) 223-3868
spetz@dickinsonwright.com
Attorneys for Defendant

4919-4982-7015 v1 [9-747]