UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Santonio Murray

Plaintiff(s),

v.

JP Morgan Chase Bank, N.A.

Defendant(s).
_______________________________________/

Case No. 25-12852

Judge Laurie J. Michelson

Magistrate Judge David R. Grand

**NOTICE OF CORRECTION**

Docket entry number 30, filed 8/27/2026, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: The case is assigned to Judge Grand but had Judge Michelson's name (error).

If you need further clarification or assistance, please contact Tina Damoah at (313) 234-5095.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: 8/27/2026

s/Tina Damoah
Deputy Clerk